**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01296-CR
No. 05-14-01297-CR

**TAMMY MORRIS LOWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-00198-L, F13-00199-L**

## ORDER

Appellate counsel, who is not appointed filed a brief that listed both of the above cause numbers. In the statement of the case, counsel states that the brief only seeks relief as to cause no. 05-14-01297-CR, which leaves no brief in cause no. 05-14-01296-CR. Counsel did not file a motion to dismiss the appeal of cause no. 05-14-01296-CR that complies with Texas Rule of Appellate Procedure 42.2(a). Because counsel is not appointed, he may not file an *Anders* brief. *See McCoy v. Court of Appeals of Wisc., Dist. I*, 486 U.S. 429, 439 (1988); *Oldham v. State*, 894 S.W.2d 561, 562 (Tex. App.—Waco 1995, no pet.). However, he did not file a motion to withdraw as counsel stating there were on arguable issues to raise as to cause no. 05-14-01296-CR. *See Oldham*, 894 S.W.2d at 562.

Accordingly, we **ORDER** appellate counsel to file, within **FIFTEEN DAYS** of the date of this order, either: (1) a motion to dismiss the appeal in cause no. 05-14-01296-CR that complies with Texas Rule of Appellate Procedure 42.2(a); (2) a motion to withdraw as counsel for appellant in cause no. 05-14-01296-CR that complies with Texas Rule of Appellate Procedure 6.5; or (3) a brief raising an issue or issues on the merits for cause no. 05-14-01296-CR.

We **DIRECT** the Clerk of this Court to show that the brief tendered for both cause numbers on February 28, 2015 is filed in cause no. 05-14-01297-CR only.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Michael Mowla and the Dallas County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE